NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERGOWERX INTERNATIONAL LLC,**
*Plaintiff-Appellant*

**v.**

**MAXELL CORPORATION OF AMERICA,**
*Defendant-Appellee*

---

2014-1641

---

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-05633-PAE, Judge Paul A. Engelmayer.

---

## JUDGMENT

---

JAY P. NELKIN, Nelkin & Nelkin, P.C., Houston, TX, argued for plaintiff-appellant.

HILARY L. PRESTON, Vinson & Elkins LLP, New York, NY, argued for defendant-appellee. Also represented by AJEET P. PAI, Austin, TX; NICKOU OSKOUI, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 11, 2015      /s/  Daniel  E.  O'Toole
Date      Daniel E. O'Toole
     Clerk of Court